WRIT ISSUED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA           :       AFFIRMATION FOR WRIT OF
                                                       HABEAS CORPUS AD
    - V -                            :       PROSEQUENDUM

JOHN DEGREE,                              :
                                                       **11 MAG 1683**
        Defendant.            :
------------------------------------------------------x    (Andrew Bauer)

STATE OF NEW YORK               )
COUNTY OF WESTCHESTER    :   ss.:
SOUTHERN DISTRICT OF NEW YORK   )

U.S. DISTRICT COURT FILED JUN 27 2011 S.D. OF N.Y. W.P.

    ANDREW BAUER, being duly sworn, deposes and says that he is an Assistant United States Attorney for the United States Attorney's Office in the Southern District of New York, that one JOHN DEGREE, (DOB: 11-10-83), NYSID: 09495866M, is now incarcerated at the Westchester County Jail, Valhalla, New York.

    WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum be issued directing the Westchester County Jail, Valhalla, New York to release the defendant into the custody of the United States Marshals for the Southern District of New York on or about Thursday, June 30, 2011 in the afternoon for a Presentment before any United States Magistrate Judge, and to return him to Westchester Correctional Facility only when the writ has been satisfied.

    I declare under penalty of perjury that the foregoing is true and correct.

_____
ANDREW BAUER
Assistant United States Attorney